**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
**(916) 498-5700 Fax: (916) 498-5710**

Heather E. Williams  
*Federal Defender*

Linda C. Allison  
*Chief Assistant Defender*

# MEMORANDUM

Date:   August 8, 2016

To:   Shani Furstenau, Courtroom Clerk to the
        Honorable Garland E. Burrell, Jr.

From   Lisa M. Kennison, Sr. Legal Assistant to
         Benjamin D. Galloway, Assistant Federal Defender

Subject   *United States v. Emma Klem*
             Case No. 2:15-cr-139 GEB

   This memo is to request that the Status Conference regarding sentencing for August 12, 2016, be continued until February 10, 2017 at 9:00 a.m.  All parties are in agreement with the new scheduled date.

   Thank you for your assistance in this matter.

BDG/lmk

cc:   Todd Pickles, AUSA